The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| SCOTT WARD CLEMSON AND | ) | CASE NO. 06-62643 |
| ANN MARIE CLEMSON, | ) | |
| | ) | JUDGE RUSS KENDIG |
| Debtors. | ) | |
| | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| | ) | **(NOT INTENDED FOR** |
| | ) | **PUBLICATION)** |

Chapter 13 trustee Toby L. Rosen ("Trustee") submitted a proposed modification of Debtors' plan on April 28, 2010. The trustee asserts that Debtors' income increased in 2009 and payments to the plan should be increased accordingly. Debtors objected to the modification. Several hearings were held on the issue, with a final hearing conducted on November 3, 2010. The parties submitted briefs in support of their positions.

Jurisdiction is premised in 28 U.S.C. § 1334 and the general order of reference entered in this district on July 16, 1984. In accordance with 28 U.S.C. § 1409, venue in this district and division is proper. The following Memorandum of Opinion constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052.

This opinion is not intended for publication or citation. The availability of this opinion, in electronic or printed form, is not the result of a direct submission by the court.

## BACKGROUND

Debtors filed a joint chapter 13 case on December 21, 2006. At that time, both debtors were employed, with above-median gross annual earnings of approximately $90,948.00. Their monthly net income was $5,552.00. They have two school-aged children. Debtors were purchasing their home and were current on the mortgage payments. Their monthly expenses, taken from Schedule J, totaled $4,927.00.

Debtors' plan was confirmed on May 1, 2007. The plan provided an estimated dividend of 35% to unsecured creditors. Payments were $735.00 per month for a sixty month commitment period.

Trustee modified the plan after receiving a copy of Debtors' 2009 federal income tax return. The return shows Debtors had an adjusted gross income of $117,605.00 in 2009, nearly $27,000.00 more than when the case was filed. The trustee wanted the plan payments increased to $1,440.00 per month.

At some point in late 2008 or early 2009, Mr. Clemson obtained new employment in the D.C. area making $3,200.00 gross biweekly. The debtors moved from Ohio with the hopes that Mrs. Clemson could find new employment, too. They rented a house, intending to surrender their Ohio residence. Mrs. Clemson could not find work and, with the higher cost of living and only one salary, Debtors returned to Ohio. Upon their return, Mr. Clemson returned to his previous employment and Mrs. Clemson obtained new employement. On September 3, 2010, Debtors filed amended Schedules I and J. According to the amended I, Debtors' annual gross income is $100,140.00. Their monthly net income is $6,567.00.

Debtors now itemize expenses of $5,832.00. Trustee argues that the budget is excessive and Debtors' disposable income is $1,383.00. Debtors object.

## LAW AND ANALYSIS

According to Debtors' amended Schedule I, Debtors now make $1,015.00[1] more per month than when they filed this case. Trustee wants $648.00[2] of this to be paid in to the plan. Debtors object and essentially argue that their expenses have increased, since filing, $905.00 per month. They want to keep the entire benefit of their increased

---

[1] The net income on the original Schedule I was $5,552.00; the amended Schedule I shows monthly net earnings of $6,567.00, for a difference of $1,015.00.

[2] Trustee wants $1,383.00 and Debtors' current plan payment is $735.00, for a difference of $648.00.

earnings for themselves, without any return to their prepetition creditors.[3]

Modifications of plans are authorized by 11 U.S.C. § 1329. As the party seeking modification, the trustee bears the burden of proof. See Max Recovery, Inc. v. Than (In re Than), 215 B.R. 430 (B.A.P. 9th Cir. 1997); In re Wetzel, 381 B.R. 248 (Bankr. E.D. Wis. 2008). The dispute centers on the reasonableness of Debtors' new budget in light of their increased income.

The trustee challenges, to some extent, both income and expenses. A review of Trustee's brief indicates that she did not have the benefit of all of the evidence now before the court, including multiple pay stubs and utility bills. For this reason, the court will review both income and expenses, starting with income. The court uses the averages from the pay stubs provided by Debtors with their brief filed on December 15, 2010. Mr. Clemson earns $5,000.00 per month gross. After an average monthly deduction of $1,055.00 for taxes and mandatory payroll deductions, his net earnings are $3,945.00. Mrs. Clemson's monthly gross earnings are $3,383.00 per month. Her deductions total $904.00 per month, which includes taxes and applicable payroll deductions ($363.00), health insurance premiums ($135.00), retirement contributions ($338.00), and a monthly deduction of $68.00 for LEA.[4] Consequently, her monthly net income is $2,479.00. Debtors combined monthly net income is $6,424.00, slightly less than listed on Debtors' amended Schedule I.

Next, the court will determine the reasonableness of Debtors' expenses. Trustee's position is that the expenses are inflated. She first takes aim with the utility expenses, finding heating and electric expenses totaling $380.00 is high and randomly asserts that half this figure is reasonable. Debtors attached various utility bills to their brief. Three electric bills are included, which average $170.00 per month. Although the court notes that these bills include the tail end of the summer, when usage was likely at its peak because of air conditioning, the bills establish a three month, atypical average of $170.00.

Debtors also attached three gas bills for home heat. Debtors' current budget is $180.00 per month. An overpayment credit exists on the account, which has been carried for at least four months, and the court finds the budget figure is not an accurate representation of average monthly usage. The average of the three bills is $104.00, which the court finds is a more reasonable representation of actual heating expenses. The court also notes that the last bill, dated November 30, 2010, states that Debtors annual use was 58.4 MCF units. Over the course of a year, this breaks down to approximately 5 MCF units per month. The $104.00 average represents approximately 7.7 MCF units per month, which is in excess of Debtors' average monthly use over the course of the past year. The court finds the $104.00 figure reasonable. Trustee's position that the heating

---

[3] Debtors scheduled just under $105,000.00 in unsecured debt when the case was filed. Aprpoximately $95,000.00 of this was credit card debt.

[4] Trustee suggests this amount is for union dues. The expense is not challenged.

and utility expenses are inflated is supported by Debtors' exhibits, but not as inflated as suggested by Trustee. The total should be $274.00 per month, not $380.00.[5]

Debtors also attached two bills for water and three bills for sewer service. The average water bill is $48.00; the average sewer bill is $22.00, for a total of $70.00. The total on Schedule J for these expenses is $106.00, or $36.00 more than supported by Debtors' attachments. Similarly, Debtors attached Massillon Cable TV bills for "Cable/Phone/Mega/DVR pack" services totaling $123.95 per month, or $11.00 less than Schedule J. Debtors' trash service, which is not on Schedule I, averages $20.00 per month. Debtors also attach evidence of their monthly newspaper service. This is not a utility, but in the nature of a recreational expense.

Debtors' monthly cell phone bills average $212.00 per month. Debtors scheduled the expense at $150.00 per month on the amended Schedule I. It is apparent that Debtors' expenditures on the cell phone exceed even their own estimations. Cell phone usage totaling $212.00 per month is patently unreasonable for these debtors. Even $150.00 seems excessive, but this figure was not challenged by Trustee on the original expense itemization and the court will allow the expense to stand.

Debtors admit that union dues are deducted from Mrs. Clemson's pay and therefore should not also be included on Schedule J. This means $50.00 more is available for the plan payment.

When the case was filed, Debtors itemized $1,150.00 in general household expenses, including groceries/food, clothing, laundry/dry cleaning, recreation, and school lunches. Now, the figures for these same expenses total $1,490.00, plus Debtors add a miscellaneous category of $200.00 for unspecified children's expenses. These increases are in addition to the following increases not otherwise mentioned:

| | | |
|---|---|---|
| Rent/Home mortgage | + | $30.00 |
| Home maintenance | + | $150.00 |
| Transportation | + | $155.00 |
| Life insurance | + | $11.00 |
| Auto installment payment | + | $80.00 |
| | | $426.00 |

Debtors desire to increase their general household expenses more than one-third (1/3) is unreasonable. According to the Bureau of Labor Statistics, the Consumer Price Index ("CPI") increased 2.8% in 2007; 3.8% in 2008, and -0.4% in 2009. *See* Exhibit A (taken from http://www.bls.gov/cpi/cpi_dr.htm#2010, December 16, 2010). Using these figures as a baseline, and allowing a generous 2% increase for 2010, would result in an across-the-board increase of $100.00 based on the CPI. The court accepts $1,250.00 for

---

[5] This is based on inappropriate electric bills, but the court can only work with what it has.

household expenses as a more reasonable amount. An approximate breakdown of this figure is:

| | |
|---|---|
| Groceries/food | $650.00 ($150.00 per week) |
| Clothing | $200.00 ($50.00 per month per person) |
| Laundry/dry cleaning | $ 50.00 |
| Recreation | $240.00 |
| School lunches | $ 60.00 |
| Children's expenses | $ 50.00 |
| | $1,250.00 |

An amended Schedule J showing a budget based on the findings above is attached as Exhibit B. As a result of the income and expense findings, the court concludes that Debtors' disposable income is $1,215.00. Plan payments should immediately increase.

An appropriate order will be entered.

# # #

## SERVICE LIST

John H Hornbrook
1400 N Market Ave
Canton, OH 44714-2608

Toby L Rosen
400 W Tuscarawas St
Charter One Bank Bldg
4th Floor
Canton, OH 44702

Table 1A. Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, by expenditure category and commodity and service group

(1982-84=100, unless otherwise noted)

| Item and group | Annual average 2007 | Annual average 2008 | Percent change from 2007 to 2008 |
|---|---:|---:|---:|
| **Expenditure category** | | | |
| All items | 207.342 | 215.303 | 3.8 |
| All items (1967=100) | 621.106 | 644.951 | - |
| Food and beverages | 203.300 | 214.225 | 5.4 |
| Food | 202.916 | 214.106 | 5.5 |
| Food at home | 201.245 | 214.125 | 6.4 |
| Cereals and bakery products | 222.107 | 244.853 | 10.2 |
| Meats, poultry, fish, and eggs | 195.616 | 204.653 | 4.6 |
| Dairy and related products | 194.770 | 210.396 | 8.0 |
| Fruits and vegetables | 262.628 | 278.932 | 6.2 |
| Nonalcoholic beverages and beverage materials | 153.432 | 160.045 | 4.3 |
| Other food at home | 173.275 | 184.166 | 6.3 |
| Sugar and sweets | 176.772 | 186.577 | 5.5 |
| Fats and oils | 172.921 | 196.751 | 13.8 |
| Other foods | 188.244 | 198.103 | 5.2 |
| Other miscellaneous foods [1] | 115.105 | 119.924 | 4.2 |
| Food away from home | 206.659 | 215.769 | 4.4 |
| Other food away from home [1] | 144.068 | 150.640 | 4.6 |
| Alcoholic beverages | 207.026 | 214.484 | 3.6 |
| Housing | 209.586 | 216.264 | 3.2 |
| Shelter | 240.611 | 246.666 | 2.5 |
| Rent of primary residence | 234.679 | 243.271 | 3.7 |
| Lodging away from home [1] | 142.813 | 143.664 | .6 |
| Owners' equivalent rent of primary residence [2] | 246.235 | 252.426 | 2.5 |
| Tenants' and household insurance [1] | 117.004 | 118.843 | 1.6 |
| Fuels and utilities | 200.632 | 220.018 | 9.7 |
| Household energy | 181.744 | 200.808 | 10.5 |
| Fuel oil and other fuels | 251.453 | 334.405 | 33.0 |
| Gas (piped) and electricity | 186.262 | 202.212 | 8.6 |
| Water and sewer and trash collection services [1] | 143.706 | 152.117 | 5.9 |
| Household furnishings and operations | 126.875 | 127.800 | .7 |
| Household operations [1] | 140.621 | 147.542 | 4.9 |
| Apparel | 118.998 | 118.907 | -.1 |
| Men's and boys' apparel | 112.368 | 113.032 | .6 |
| Women's and girls' apparel | 110.296 | 107.460 | -2.6 |
| Infants' and toddlers' apparel | 113.948 | 113.762 | -.2 |
| Footwear | 122.374 | 124.157 | 1.5 |
| Transportation | 184.682 | 195.549 | 5.9 |
| Private transportation | 180.778 | 191.039 | 5.7 |
| New and used motor vehicles [1] | 94.303 | 93.291 | -1.1 |
| New vehicles | 136.254 | 134.194 | -1.5 |
| Used cars and trucks | 135.747 | 133.951 | -1.3 |
| Motor fuel | 239.070 | 279.652 | 17.0 |
| Gasoline (all types) | 237.959 | 277.457 | 16.6 |
| Motor vehicle parts and equipment | 121.583 | 128.747 | 5.9 |
| Motor vehicle maintenance and repair | 222.963 | 233.859 | 4.9 |
| Public transportation | 230.002 | 250.549 | 8.9 |
| Medical care | 351.054 | 364.065 | 3.7 |
| Medical care commodities | 289.999 | 296.045 | 2.1 |
| Medical care services | 369.302 | 384.943 | 4.2 |
| Professional services | 300.792 | 310.968 | 3.4 |
| Hospital and related services | 498.922 | 533.953 | 7.0 |

See footnotes at end of table.



Table 1A. Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, by expenditure category and commodity and service group

(1982-84=100, unless otherwise noted)

| Item and group | Annual average 2006 | Annual average 2007 | Percent change from 2006 to 2007 |
|---|---|---|---|
| **Expenditure category** | | | |
| All items | 201.6 | 207.342 | 2.8 |
| All items (1967=100) | 603.9 | 621.106 | - |
| Food and beverages | 195.7 | 203.300 | 3.9 |
| Food | 195.2 | 202.916 | 4.0 |
| Food at home | 193.1 | 201.245 | 4.2 |
| Cereals and bakery products | 212.8 | 222.107 | 4.4 |
| Meats, poultry, fish, and eggs | 186.6 | 195.616 | 4.8 |
| Dairy and related products | 181.4 | 194.770 | 7.4 |
| Fruits and vegetables | 252.9 | 262.628 | 3.8 |
| Nonalcoholic beverages and beverage materials | 147.4 | 153.432 | 4.1 |
| Other food at home | 169.6 | 173.275 | 2.2 |
| Sugar and sweets | 171.5 | 176.772 | 3.1 |
| Fats and oils | 168.0 | 172.921 | 2.9 |
| Other foods | 185.0 | 188.244 | 1.8 |
| Other miscellaneous foods [1] | 113.9 | 115.105 | 1.1 |
| Food away from home | 199.4 | 206.659 | 3.6 |
| Other food away from home [1] | 136.6 | 144.068 | 5.5 |
| Alcoholic beverages | 200.7 | 207.026 | 3.2 |
| Housing | 203.2 | 209.586 | 3.1 |
| Shelter | 232.1 | 240.611 | 3.7 |
| Rent of primary residence | 225.1 | 234.679 | 4.3 |
| Lodging away from home [1] | 136.0 | 142.813 | 5.0 |
| Owners' equivalent rent of primary residence [2] | 238.2 | 246.235 | 3.4 |
| Tenants' and household insurance [1] | 116.5 | 117.004 | .4 |
| Fuels and utilities | 194.7 | 200.632 | 3.0 |
| Household energy | 177.1 | 181.744 | 2.6 |
| Fuel oil and other fuels | 234.9 | 251.453 | 7.0 |
| Gas (piped) and electricity | 182.1 | 186.262 | 2.3 |
| Water and sewer and trash collection services [1] | 136.8 | 143.706 | 5.0 |
| Household furnishings and operations | 127.0 | 126.875 | -.1 |
| Household operations [1] | 136.6 | 140.621 | 2.9 |
| Apparel | 119.5 | 118.998 | -.4 |
| Men's and boys' apparel | 114.1 | 112.368 | -1.5 |
| Women's and girls' apparel | 110.7 | 110.296 | -.4 |
| Infants' and toddlers' apparel | 116.5 | 113.948 | -2.2 |
| Footwear | 123.5 | 122.374 | -.9 |
| Transportation | 180.9 | 184.682 | 2.1 |
| Private transportation | 177.0 | 180.778 | 2.1 |
| New and used motor vehicles [1] | 95.6 | 94.303 | -1.4 |
| New vehicles | 137.6 | 136.254 | -1.0 |
| Used cars and trucks | 140.0 | 135.747 | -3.0 |
| Motor fuel | 221.0 | 239.070 | 8.2 |
| Gasoline (all types) | 219.9 | 237.959 | 8.2 |
| Motor vehicle parts and equipment | 117.3 | 121.583 | 3.7 |
| Motor vehicle maintenance and repair | 215.6 | 222.963 | 3.4 |
| Public transportation | 226.6 | 230.002 | 1.5 |
| Medical care | 336.2 | 351.054 | 4.4 |
| Medical care commodities | 285.9 | 289.999 | 1.4 |
| Medical care services | 350.6 | 369.302 | 5.3 |
| Professional services | 289.3 | 300.792 | 4.0 |
| Hospital and related services | 468.1 | 498.922 | 6.6 |

See footnotes at end of table.

Table 1A. Consumer Price Index for All Urban Consumers (CPI-U): U.S. city average, by expenditure category and commodity and service group

(1982-84=100, unless otherwise noted)

| Item and group | Annual average 2008 | Annual average 2009 | Percent change from 2008 to 2009 |
|---|---:|---:|---:|
| **Expenditure category** | | | |
| All items | 215.303 | 214.537 | -0.4 |
| All items (1967=100) | 644.951 | 642.658 | - |
| Food and beverages | 214.225 | 218.249 | 1.9 |
| Food | 214.106 | 217.955 | 1.8 |
| Food at home | 214.125 | 215.124 | .5 |
| Cereals and bakery products | 244.853 | 252.567 | 3.2 |
| Meats, poultry, fish, and eggs | 204.653 | 203.805 | -.4 |
| Dairy and related products | 210.396 | 197.013 | -6.4 |
| Fruits and vegetables | 278.932 | 272.945 | -2.1 |
| Nonalcoholic beverages and beverage materials | 160.045 | 163.034 | 1.9 |
| Other food at home | 184.166 | 191.220 | 3.8 |
| Sugar and sweets | 186.577 | 196.933 | 5.6 |
| Fats and oils | 196.751 | 201.224 | 2.3 |
| Other foods | 198.103 | 205.497 | 3.7 |
| Other miscellaneous foods [1] | 119.924 | 122.393 | 2.1 |
| Food away from home | 215.769 | 223.272 | 3.5 |
| Other food away from home [1] | 150.640 | 155.852 | 3.5 |
| Alcoholic beverages | 214.484 | 220.751 | 2.9 |
| Housing | 216.264 | 217.057 | .4 |
| Shelter | 246.666 | 249.354 | 1.1 |
| Rent of primary residence | 243.271 | 248.812 | 2.3 |
| Lodging away from home [1] | 143.664 | 134.243 | -6.6 |
| Owners' equivalent rent of primary residence [2,3] | 252.426 | 256.610 | 1.7 |
| Tenants' and household insurance [1] | 118.843 | 121.487 | 2.2 |
| Fuels and utilities | 220.018 | 210.696 | -4.2 |
| Household energy | 200.808 | 188.113 | -6.3 |
| Fuel oil and other fuels | 334.405 | 239.778 | -28.3 |
| Gas (piped) and electricity | 202.212 | 193.563 | -4.3 |
| Water and sewer and trash collection services [1] | 152.117 | 161.145 | 5.9 |
| Household furnishings and operations | 127.800 | 128.701 | .7 |
| Household operations [1] | 147.542 | 150.265 | 1.8 |
| Apparel | 118.907 | 120.078 | 1.0 |
| Men's and boys' apparel | 113.032 | 113.628 | .5 |
| Women's and girls' apparel | 107.460 | 108.091 | .6 |
| Infants' and toddlers' apparel | 113.762 | 114.489 | .6 |
| Footwear | 124.157 | 126.854 | 2.2 |
| Transportation | 195.549 | 179.252 | -8.3 |
| Private transportation | 191.039 | 174.762 | -8.5 |
| New and used motor vehicles [1] | 93.291 | 93.486 | .2 |
| New vehicles | 134.194 | 135.623 | 1.1 |
| Used cars and trucks | 133.951 | 126.973 | -5.2 |
| Motor fuel | 279.652 | 201.978 | -27.8 |
| Gasoline (all types) | 277.457 | 201.555 | -27.4 |
| Motor vehicle parts and equipment | 128.747 | 134.050 | 4.1 |
| Motor vehicle maintenance and repair | 233.859 | 243.337 | 4.1 |
| Public transportation | 250.549 | 236.348 | -5.7 |
| Medical care | 364.065 | 375.613 | 3.2 |
| Medical care commodities | 296.045 | 305.108 | 3.1 |
| Medical care services | 384.943 | 397.299 | 3.2 |
| Professional services | 310.968 | 319.372 | 2.7 |
| Hospital and related services | 533.953 | 567.879 | 6.4 |

See footnotes at end of table.

B6J (Official Form 6J) (12/07)

In re **Clemson**                              ,          Case No. **06-62643**
           Debtor                                                              (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,094.00 |
|    a. Are real estate taxes included?    Yes ✓    No ____ | |
|    b. Is property insurance included?    Yes ✓    No ____ | |
| 2. Utilities:   a. Electricity and heating fuel | $ 274.00 |
|            b. Water and sewer | $ 70.00 |
|            c. Telephone | $ 0.00 |
|            d. Other **Cable/Phone/Internet ($124.00) and Trash ($20.00)** | $ 144.00 |
| 3. Home maintenance (repairs and upkeep) | $ 150.00 |
| 4. Food | $ 650.00 |
| 5. Clothing | $ 200.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 175.00 |
| 8. Transportation (not including car payments) | $ 305.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc | $ 240.00 |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ |
|    b. Life | $ 135.00 |
|    c. Health | $ |
|    d. Auto | $ 101.00 |
|    e. Other _____ | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto | $ 474.00 |
|    b. Other **ADT ($37); School tuition ($300); Sch. lunches ($60)** | $ 397.00 |
|    c. Other **Cell phones ($150); Child care ($550); Kids' exp ($50)** | $ 750.00 |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other _____ | $ |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$ 5,209.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME
   a. Average monthly income from Line 15 of Schedule I     $ _____
   b. Average monthly expenses from Line 18 above     $ _____
   c. Monthly net income (a minus b.)     $ _____



EXHIBIT B